UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:22–cr–100

   v.                                  Hon. Robert J. Jonker

JOSE LUIS PARTIDA,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:           May 8, 2023   02:00 PM
Judge:                 Robert J. Jonker
Place/Location:       699 Federal Building, Grand Rapids, MI


                                              ROBERT J. JONKER
                                              United States District Judge

Dated:  January 5, 2023        By:   /s/ Susan Driscoll Bourque
                                            Case Manager